Jennifer R. Lloyd, NSB #9617
jl@h2law.com
HOWARD & HOWARD
3800 Howard Hughes #1000
Las Vegas, NV 89169
Telephone: (702) 667-4840
Facsimile: (702) 567-1568
*Co-Attorneys for Plaintiff*

Jan D. Sokol, *Pro Hac Vice*
jdsokol@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
*Co-Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA** for the use and benefit of **HANCOCK SANDBLAST & PAINT LLC**, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**DRAX, INC.**, a corporation; and **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**, a corporation,<br><br>Defendants. | Case No. 2:16-cv-01326-JAD-CWH<br><br>**NOTICE OF WITHDRAWAL** |
| **DRAX, INC.**, a corporation,<br><br>Cross-Claimant,<br><br>v.<br><br>**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**,<br><br>Cross-Defendant. | |

NOTICE OF WITHDRAWAL - 1

1258.007-01543474; 1

Stewart Sokol & Larkin LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

| |
|---|
| **DRAX, INC.**, a corporation, |
|     Third-Party Plaintiff, |
|  v. |
| **ANDERSON BURTON CONSTRUCTION, INC.**, |
|     Third-Party Defendant. |
| **ANDERSON BURTON CONSTRUCTION, INC.**, |
|     Third-Party Counterclaimant, |
|  v. |
| **DRAX, INC.**, a corporation, |
|     Third-Party Counterdefendant. |

 TO: The Clerk of the Court

 AND TO: All Parties and Counsel of Record

 YOU AND EACH OF YOU PLEASE TAKE NOTICE that Adam Heder, formerly of Stewart Sokol and Larkin LLC, is no longer an attorney of record for Plaintiff, Hancock Sandblast & Paint LLC.  All other counsel below named remains attorney of record for Hancock Sandblast & Paint LLC.

 DATED this 1st day of March, 2017.

| Stewart Sokol & Larkin LLC | HOWARD & HOWARD |
|---|---|
| By: */s/ Jan D. Sokol*<br> Jan D. Sokol, *Pro Hac Vice*<br> 2300 SW First Avenue, Suite 200<br> Portland, OR 97201-5047<br> *Co-Attorneys for Plaintiff* | By: */s/ Jennifer R. Lloyd*<br> Jennifer R. Lloyd, NSB # 9617<br> 3800 Howard Hughes #1000<br> Las Vegas, NV 89169<br> *Co-Attorneys for Plaintiff* |

NOTICE OF WITHDRAWAL - 2

1258.007-01543474; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF WITHDRAWAL** on:

Anthony P. Niccoli
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Email: aniccoli@aalrr.com
*Attorneys for Defendant Travelers Casualty and Surety Company of America*

Jay G. Trinnaman
Law Offices of Dietrich & Salamone PLLC
10161 Park Run Dr., Suite 150
Las Vegas, NV 89145
Email: jtrinnaman@aalrr.com
*Attorneys for Defendants Anderson Burton Construction, Inc. and Travelers Casualty and Surety Company of America*

James E. Smyth, II
Joni A. Jamison
Tara C. Zimmerman
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Email: jsmyth@kcnvlaw.com
jjamison@kcnvlaw.com
tzimmerman@kcnvlaw.com
*Attorneys for Defendant Drax, Inc.*

by the following indicated method or methods:

☑  by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

☑  by **e-mailing** a full, true and correct copy thereof to the party as shown above, at the last known electronic mail address reflected above, on the date set forth below.

DATED this 1st day of March, 2017.

STEWART SOKOL & LARKIN LLC

By: */s/ Jan D. Sokol*
Jan D. Sokol, *Pro Hac Vice*
jdsokol@lawssl.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: March 2, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE - 1

1258.007-01543474; 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706